1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ZAYA S. REED,                          No.  2:23-cv-2171 AC P

12                  Plaintiff,

13         v.                                ORDER

14    K. WILSON,

15                  Defendant.

16

17        Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42

18   U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

19   U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

20   plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

21   certified copy of the inmate trust account statement for the six month period immediately

22   preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff is provided the

23   opportunity to submit a completed in forma pauperis application and a certified copy in support of

24   the application.

25        In accordance with the above, IT IS HEREBY ORDERED that:

26        1.  Plaintiff shall submit, within thirty days from the date of this order, a completed

27   affidavit in support of the request to proceed in forma pauperis on the form provided by the Clerk

28   of Court, and a certified copy of the inmate trust account statement for the six month period

1

1 | immediately preceding the filing of the complaint;

2 |     2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In

3 | Forma Pauperis By a Prisoner; and

4 |     3.  Plaintiff's failure to comply with this order will result in a recommendation that this

5 | action be dismissed without prejudice.

6 | DATED: October 26, 2023

7 |

8 | ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28