1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ZAYA S. REED,                              No.  2:23-cv-02171-DAD-AC (PC)

12                  Plaintiff,

13        v.                                    ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS AND DISMISSING
14   K. WILSON,                                 ACTION DUE TO PLAINTIFF'S FAILURE
                                                TO OBEY A COURT ORDER
15                  Defendant.
                                                (Doc. Nos. 2, 6)
16

17        Plaintiff Zaya S. Reed is a state prisoner proceeding *pro se* in this civil rights action

18   brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On October 26, 2023, the court directed plaintiff to file a completed *in forma pauperis*

21   affidavit and a certified copy of her prison trust account statement within thirty (30) days in order

22   to proceed with this action.  (Doc. No. 5.)  To date, plaintiff has not responded to the court's order

23   or filed the required documents.

24        Accordingly, on December 19, 2023, the assigned magistrate judge issued findings and

25   recommendations recommending that this action be dismissed.  (Doc. No. 6.)  The pending

26   findings and recommendations were served on plaintiff and contained notice that any objections

27   thereto were to be filed within fourteen (14) days after service.  (*Id.* at 1.)  To date, no objections

28   /////

                                              1

1    to the findings and recommendations have been filed, and the time in which to do so has now

2    passed.

3           In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

4    *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the

5    findings and recommendations are supported by the record and by proper analysis.

6           Accordingly:

7           1.    The findings and recommendations issued on December 19, 2023 (Doc. No. 6) are

8                 adopted in full;

9           2.    The pending prisoner application to proceed *in forma pauperis* (Doc. No 2) is

10                denied as moot;

11          3.    This action is dismissed, without prejudice, due to plaintiff's failure to obey a

12                court order; and

13          4.    The Clerk of the Court is directed to close this case.

14          IT IS SO ORDERED.

15   Dated:   __January 19, 2024__                    _____

16                                                    DALE A. DROZD
                                                      UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

                                                  2